IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Heidi Tolles,<br><br>                Plaintiff,<br><br>vs.<br><br>Corporate Solutions, LLC, and University of South Carolina,<br><br>                Defendants. | Civil Action No. 3:18-3227-TLW-PJG<br><br>**DEFENDANT CORPORATE SOLUTIONS, LLC'S RESPONSES TO RULE 26.01 INTERROGATORIES** |

Defendant Corporate Solutions, LLC ("CSL" or "Defendant"), by and through its undersigned counsel, responds to Local Rule 26.01 Interrogatories as follows:

**LOCAL RULE 26.01 INTERROGATORIES**

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER:** **Defendant is not aware of any person or legal entity which may have a subrogation interest in Plaintiff's claims. However, Defendant reserves its right to amend this response if it later discovers the existence of such an interest.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:** **Plaintiff has requested a jury trial. Defendant does not oppose Plaintiff's request for a trial by jury if the causes of action have not already been dismissed pursuant to any motion by Defendant and are otherwise appropriate to be tried by a jury.**

(C) State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a

1

2

parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER: Defendant is not a publicly traded entity and is not a parent, subsidiary, partner, or affiliate of any publicly traded entity. No publicly held corporation owns 10% or more of the Dealership's stock.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:     This action was properly removed to the division encompassing the State Court where the action was originally filed.**

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reasons would entail substantial duplication of labor if heard by different judges.

**ANSWER:     Defendant is not aware of any other action filed in this District and related to this matter.**

(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER: Defendant is properly identified.**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:** **At this time, Defendant does not contend that another person or legal entity is liable. Defendant, however, expressly reserves the right to later identify a person or legal entity who may be liable to either Plaintiff or Defendant upon discovery of such person or other legal entity.**

Respectfully submitted,

By: s/ C. Frederick W. Manning II
C. Frederick W. Manning II (FID 7001)
fmanning@fisherphillips.com
Phillips L. McWilliams (FID 11992)
pmcwilliams@fisherphillips.com
FISHER & PHILLIPS LLP
1320 Main Street, Suite 750
Columbia, South Carolina 29201
Telephone: (803) 255-0000
Facsimile: (803) 255-0202

*Attorneys for Defendant Corporate Solutions, LLC*

Columbia, South Carolina
November 30, 2018