IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Heidi Tolles | ) | |
| | ) | C.A. No. 3:18-3227-TLW-PJG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT UNIVERSITY OF SOUTH** |
| | ) | **CAROLINA'S ANSWERS TO LOCAL** |
| Corporate Solutions, LLC, and University of South Carolina, | ) | **RULE 26.01 INTERROGATORIES** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant University of South Carolina answers the Court's interrogatories pursuant to Local Rule 26.01, D.S.C., as follows:

**(A)** **State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

**Answer:** None known.

**(B)** **As to each claim, state whether it should be tried jury or nonjury and why.**

**Answer:** If Plaintiff's claims were factually and legally viable, portions of the claims would be triable to a jury as Plaintiff requested.

**(C)** **State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.**

**Answer:** Defendant University of South Carolina is a state university.

**(D)** **State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

**Answer:** The matter was removed to the Columbia Division because it was filed in state

court in Richland County, which is embraced by the Columbia Division. 28 U.S.C. § 1441(a).

- **(E)  Is this action related in whole or in party to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.**

    **Answer:**     Defendant is not aware of any related actions.

- **(F)  If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

    **Answer:**     Defendant University of South Carolina is properly identified.

- **(G)  If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

    **Answer:**     Defendant is aware of no such entity.

|  |  |
|---|---|
|  | s/ R. Hayne Hodges III |
| December 7, 2018 | R. Hayne Hodges, III (FID # 9663) |
|  | Gignilliat Savitz & Bettis, L.L.P. |
| Columbia, South Carolina | 900 Elmwood Avenue, Suite 100 |
|  | Columbia, South Carolina  29201 |
|  | Phone: (803) 799-9311 |
|  | Fax:  (803) 254-6951 |
|  | hhodges@gsblaw.net |
|  |  |
|  | Attorneys for Defendant |
|  | University of South Carolina |

2