IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Heidi Tolles, | ) | Civil Action No. 3:18-cv-03227-TLW-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Corporate Solutions, LLC, and University of South Carolina, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

## NOTICE OF REQUEST FOR PROTECTION FOR COUNSEL FOR DEFENDANT CORPORATE SOLUTIONS, LLC

C. Frederick W. Manning II, counsel for Corporate Solutions, LLC, ("Defendant"), requests an Order of Protection from court appearance in this case from October 25, 2019 through November 7, 2019.  Counsel is scheduled to be out of the country from October 25, 2019 to November 3, 2019.  In addition, counsel is scheduled to be at an out of state conference from November 5, 2019 through November 7, 2019.

Based on the above-stated conflict, counsel for Defendant, therefore, requests that this Court grant his Motion for Protection from court appearances from October 25, 2019 through November 7, 2019.

*[SIGNATURE ON FOLLOWING PAGE]*

1

2

Respectfully submitted,

By: s/ C. Frederick W. Manning II
C. Frederick W. Manning II (FID 7001)
fmanning@fisherphillips.com
Phillips L. McWilliams (FID 11992)
pmcwilliams@fisherphillips.com
FISHER & PHILLIPS LLP
1320 Main Street, Suite 750
Columbia, South Carolina 29201
Telephone: (803) 255-0000
Facsimile: (803) 255-0202

*Attorneys for Defendant Corporate Solutions, LLC*

Columbia, South Carolina

September 5, 2019