# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| Heidi Tolles, | Case No: 3:18-3227-TLW-PJG |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER** |
| Corporate Solutions, LLC; University of South Carolina, | |
| Defendants. | |

PURSUANT to Local Civil Rule 6.01, and by and through her undersigned counsel, Plaintiff, Heidi Tolles, hereby moves the Court for an enlargement of the times set forth in the January 25, 2019, Amended Scheduling Order ("Order"), which is the only amended scheduling order in this case, filed November 5, 2018. The parties have engaged in written discovery but have not taken depositions. Plaintiff's disability discrimination claims are being investigated by the South Carolina Human Affairs Commission (SCHAC), which has represented that it intends to wrap up its investigation in 60 days but no later than the end of the year. In the interest of conserving judicial resources, the undersigned moves to enlarge the remaining deadlines in the Amended Scheduling Order by 120 days in order to enable SCHAC to conclude its investigation, receive the right-to-sue notices, and enable the parties to address all of Plaintiff's outstanding claims in one action.

A proposed Second Amended Scheduling Order is filed herewith. The undersigned conferred with opposing counsel prior to filing this motion. **Counsel for Defendants do not oppose this motion.**

1

**I MOVE:**

**SARVIS LAW, LLC**

**s/Bryn C. Sarvis**
Bryn C. Sarvis (10478)
SARVIS LAW, LLC
3424 Augusta Highway
Gilbert, South Carolina 29054
(803) 785-5525
bsarvis@sarvislaw.com

*Attorney for Plaintiff*