IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Heidi Tolles, | ) | C/A No. 3:18-3227-TLW-PJG |
| Plaintiff, | ) | |
| v. | ) | **SECOND AMENDED** |
| | ) | **SCHEDULING ORDER** |
| Corporate Solutions, LLC; University of South Carolina, | ) | |
| Defendants. | ) | |

    Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, upon motion of the plaintiff without opposition from the defendants and for good cause shown, the courts orders that the Amended Scheduling Order entered January 25, 2019 in this matter (ECF No. 13) is hereby further amended as follows:

8. Discovery shall be completed no later than **January 31, 2020**. All discovery requests, including subpoenas *duces tecum*, shall be served in time for the responses thereto to be served by this date. *De bene esse* depositions must be completed by discovery deadline. No extension of this deadline will be permitted without leave of court. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.).

9. All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **February 28, 2020**. (Fed. R. Civ. P. 16(b)(2)).

10. Mediation, pursuant to Local Civil Rules 16.04-16.12 (D.S.C.), shall be completed in this case on or before **April 15, 2020**. See Form setting forth mediation requirements (ECF No. 5 at 6). At least **thirty (30) days prior to this mediation deadline**, counsel for each party shall file and serve a statement certifying that counsel has: (1) provided the party with a copy of the mediation requirements; (2) discussed the availability of mediation with the party; and (3) discussed the timing of mediation with opposing counsel.

11. Unless otherwise ordered by the court, this case is subject to being called for jury selection and trial after the expiration of the deadline in ¶ 9, OR thirty (30) days following the issuance of a Report and Recommendation on any motion described in ¶ 9 of this Order, whichever is later.



**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

September 18, 2019
Columbia, South Carolina