# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Heidi Tolles,<br><br>      Plaintiff,<br><br>vs.<br><br>Corporate Solutions, LLC; University of South Carolina,<br><br>      Defendants. | Case No: 3:18-3227-TLW-PJG<br><br>**FIFTH AMENDED SCHEDULING ORDER** |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, upon joint motion of the parties and good cause shown, the Fourth Amended Scheduling Order entered March 26, 2020 in this matter (ECF No. 28) is hereby further amended as follows:

8. Discovery shall be completed no later than **September 28, 2020**. All discovery requests, including subpoenas *duces tecum*, shall be served in time for the responses thereto to be served by this date. *De bene esse* depositions must be completed by discovery deadline. No extension of this deadline will be permitted without leave of court. No motion relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C).

9. All other motions, except those to complete discovery and those nonwaivable motions made pursuant to Fed. R. Civ. P. 12 and those relating to the admissibility of evidence at trial, shall be filed on or before **October 26, 2020**. (Fed. R. Civ. P. 16(b)(2)).

10. Unless otherwise ordered by the court, this case is subject to being called for jury selection and trial thirty (30) days following the issuance of a Report and Recommendation on any motion described in ¶ 9 of this Order, OR thirty (30) days following the issuance of a Report and Recommendation on any motion described in ¶ 9 of this Order, whichever is later.

**IT IS SO ORDERED.**

                                                          Paige J. Gossett
                                                          UNITED STATES MAGISTRATE JUDGE

June ____, 2020
Columbia, South Carolina